No. 462, Misc. DUSSELDORF *v.* TEETS, WARDEN. C. A. 9th Cir. Certiorari denied. *Victor E. Cappa* for petitioner.

No. 510, Misc. THOMAS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Dwyer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 518, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 520, Misc. BINDRIN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 521, Misc. NATION *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 524, Misc. CLARK *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 535, Misc. MORAN *v.* DONALDSON ET AL. Court of Claims. Certiorari denied.

No. 536, Misc. MANCINI *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 540, Misc. MARVICH *v.* CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied.